**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>Defendants | NO. 1: 08-CV-00759-AWI-DLB<br><br>ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>[Document # 34] |

Plaintiffs filed their Class Action Complaint in this matter on June 2, 2008. Defendants filed an Answer on August 15, 2008, and thereafter, on October 6, 2008, filed a Motion for Judgment on the Pleadings, noticing a hearing date of December 15, 2008.

On November 19, 2008, the Court received a stipulation from the parties agreeing to continue the motion until January 26, 2009.

Based on the parties' foregoing stipulation and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Hearing Date for the Motion for Judgment on the Pleadings shall be continued from December 15, 2008, until January 26, 2009 at 1:30 p.m.;

///

2. Plaintiffs shall file and serve their Opposition to Defendants' Motion for Judgment on the Pleadings on or before January 5, 2009;

3. Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings on or before January 21, 2009; and

4. All other deadlines established by the Court remain unchanged.

IT IS SO ORDERED.

**Dated:   November 21, 2008**            /s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE