**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>Defendants. | NO. 1:08-CV-00759-AWI-DLB<br><br>STIPULATION EXTENDING BRIEFING AND HEARING SCHEDULE ON MOTION FOR JUDGMENT ON THE PLEADINGS AND ORDER THEREON |

**RECITALS**

WHEREAS, Plaintiffs' filed their Class Action Complaint in this matter on June 2, 2008;

WHEREAS, Defendants filed an Answer on August 15, 2008, and thereafter, on October 6, 2008, filed a Motion for Judgment on the Pleadings, noticing a hearing date of December 15, 2008;

WHEREAS, pursuant to applicable local and federal rules, Plaintiffs are to respond to Defendants' Motion for Judgment on the Pleadings on or before November 28, 2008(if served electronically);

WHEREAS, Counsel for the parties met and conferred regarding a briefing schedule for Defendants' Motion for Judgment on the Pleadings;

1  WHEREAS, Counsel for Defendants agree to continue the motion until January 26, 2009,
2  to provide Plaintiffs with an extension, until January 5, 2009, to file and serve their Opposition
3  to Defendants' Motion for Judgment on the Pleadings;
4  WHEREAS, Counsel for Plaintiffs agree to respond by January 5, 2009, rather than
5  January 12, 2009, as provided by applicable local and federal rules, in order to provide
6  Defendants with one additional week to prepare and file their Reply in Support of Defendants'
7  Motion for Judgment on the Pleadings, for the proposed January 26, 2009 hearing date; and
8  WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial
9  efficiency, and will not cause prejudice to any party.

**STIPULATION**

11  NOW, THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and
12  Defendants, through their respective counsel of record, as follows:
13  The Hearing Date for the Motion for Judgment on the Pleadings shall be continued from
14  December 15, 2008, until January 26, 2009, at 1:30 p.m.;
15  Plaintiff shall file and serve their Opposition to Defendants' Motion for Judgment on the
16  Pleadings on or before January 5, 2009, which service may be made electronically on that date;
17  Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion for
18  Judgment on the Pleadings on or before January 21, 2009;
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

1    Subject to the approval of the Court, all other deadlines as established by the Court
2 remain unchanged.
3 IT IS SO STIPULATED.
4 Dated: November 19, 2008

5                                   Respectfully submitted,

6                                   BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP

7

8                                                /s/
                                  Alan R. Plutzik, Of Counsel (Bar No. 077785)
                                  2125 Oak Grove Road, Suite 120
9                                   Walnut Creek, California 94598
                                  Telephone: (925) 945–0770
10                                  Counsel for Plaintiffs

11

12                                  Weintraub Genshlea Chediak

13                                            /s/
                                  Joseph S. Genshlea, Esq. (Bar No. 36369)
14                                   400 Capitol Mall, 11th Floor
                                  Sacramento, CA  95814
15                                  Telephone: (916) 558-6000
                                  Facsimile: (916) 446-1611
16                                  Counsel for Defendants

17                   *Attestation Pursuant To General Order 45*

18    **I, Alan R. Plutzik, attest that concurrence in the filing of this document has been**
19 **obtained from the other signatory.  I declare under penalty of perjury under the laws of the**
20 **United States that the foregoing is true and correct.  Executed this 19th day of November,**
21 **2008 at Walnut Creek, California.**

22

23                            **/s/ Alan R. Plutzik**

24 ///
25 ///
26 ///
27
28                                  3

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED the December 15, 2008, hearing for Defendant's motion for judgment on the pleadings is VACATED and the new hearing date will be January 26, 2009, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

**Dated:   November 26, 2008**         /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE