Joseph S. Genshlea, State Bar No. 36369
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Mitchel H. Kider, State Bar No. 116479
David M. Souders (admitted *pro hac vice*)
Vanessa T. Lam, State Bar No. 223254
WEINER BRODSKY SIDMAN KIDER PC
1300 Nineteenth Street, NW, 5th Floor
Washington, DC 20036
(202) 628-2000 – Main
(202) 628-2011 – Facsimile

Attorneys for Defendants
PHH Corporation, PHH Mortgage
Corporation, PHH Home Loans, LLC,
and Atrium Insurance Corporation

FILED
JAN 5 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| EFRAIN MUNOZ, *et al.*, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PHH CORPORATION, *et al.*, <br><br> Defendants. | Case No.: 1:08-cv-759 AWI-DLB <br><br> SECOND STIPULATON EXTENDING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADNGS AND ORDER THEREON |

## RECITALS

WHEREAS, Plaintiffs filed their Class Action Complaint in this matter on June 2, 2008;

WHEREAS, Defendants filed an Answer on August 15, 2008, and thereafter, on October 6, 2008, filed a Motion for Judgment on the Pleadings, noticing a hearing date of December 15, 2008;

1  WHEREAS, on November 19, 2008, Plaintiffs and Defendants filed a Stipulation to
2  continue the hearing on Defendants' Motion for Judgment on the Pleadings until January 26,
3  2009, and to provide Plaintiffs with an extension, until January 5, 2009, to file and serve their
4  Opposition to Defendants' Motion for Judgment on the Pleadings;

5  WHEREAS, counsel for Plaintiffs agreed to respond by January 5, 2009, rather than
6  January 12, 2009, as provided by the applicable local and federal rules, in order to provide
7  Defendants with one additional week to prepare and file their Reply in support of the Motion
8  for Judgment on the Pleadings;

9  WHEREAS, on November 21, 2008, the Court entered an Order extending the hearing
10 date and briefing schedule as requested in the parties' Stipulation;

11 WHEREAS, counsel for Defendants now has a conflict with the January 26, 2009
12 hearing date because a court in another matter recently scheduled an in-person mediation on
13 the same date;

14 WHEREAS, counsel for Defendants seeks to continue the hearing date by one additional
15 week, until February 2, 2009, and to extend the briefing deadlines by one additional week as
16 well so that Plaintiffs' Opposition is due on January 12, 2009, and Defendants' Reply is due
17 on January 26, 2009;

18 WHEREAS, counsel for Plaintiffs consents to the requested extension; and

19 WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial
20 efficiency, and will not cause prejudice to any party.

## STIPULATION

NOW, THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. The Hearing Date for Defendants' Motion for Judgment on the Pleadings shall be continued from January 26, 2009, until February 2, 2009, at 1:30 p.m.;

2. Plaintiffs shall file and serve their Opposition to Defendants' Motion for Judgment on the Pleadings on or before January 12, 2009;

{13489/16798/BBJ/1080762.DOC;}   2

Second Stipulation Extending Briefing and Hearing Schedule on Motion for Judgment on the Pleadings and Order Thereon, Case No. 1:08-cv-759

weintraub genshlea chediak
LAW CORPORATION

3. Defendants shall file their Reply to Plaintiffs' Opposition to the Motion for Judgment on the Pleadings on or before January 26, 2009; and

4. Subject to Court approval, all other deadlines established by the Court remain unchanged.

IT IS SO STIPULATED.

Dated: January 5, 2009              Respectfully submitted,

**weintraub** genshlea chediak
a law corporation

By: /s/ Joseph S. Genshlea
Joseph S. Genshlea, State Bar No. 36369

WEINER BRODSKY SIDMAN KIDER PC
Mitchel H. Kider, State Bar No. 116479
David M. Souders (admitted pro hac vice)
Vanessa T. Lam, State Bar No. 223254

Attorney for Defendants


BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP

By: /s/ Alan R. Plutzik
Alan R. Plutzik, Of Counsel (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: 1-5-09

Anthony W. Ishii
Chief United States District Judge

{13489/16798/8BJ/1080762.DOC;}    3

Second Stipulation Extending Briefing and Hearing Schedule on Motion for Judgment on the Pleadings and Order Thereon,
Case No. 1:08-cv-759