UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, ) | CIV-F-08-0759 AWI DLB |
| Plaintiff, ) | |
| v. ) | ORDER VACATING HEARING DATE OF FEBRUARY 2, 2009 |
| PHH CORPORATION, et al, ) | |
| Defendants. ) | |

Defendants have noticed for hearing and decision a motion for judgment on the pleadings.  The matter was scheduled for oral argument on February 2, 2009.  Plaintiff has filed an opposition and Defendants have filed a reply.  The court has reviewed the papers and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 2, 2009, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 29, 2009               /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE