| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

EFRAIN MUNOZ, LEONA LOVETTE, and STEPHANIE MELANI, individually and on behalf of all others similarly situated,

    Plaintiffs,

    v.

PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC and ATRIUM INSURANCE CORP.,

    Defendants.

NO. 1:08-CV-00759-AWI-DLB

ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON MOTION FOR CLASS CERTIFICATION

Pursuant to the parties' stipulation, the Court orders that:

1. The Briefing and Hearing Dates established for the Motion for Class Certification shall be extended by ninety (90) days;

2. Plaintiffs shall file and serve their Motion for Class Certification on or before June 18, 2009;

3. Defendants shall file their Opposition to Plaintiffs' Motion for Class Certification on or before July 30, 2009;

4. Plaintiffs shall file and serve their Reply in Support of Motion for Class Certification on or before September 2, 2009; and

///

5. The Hearing on Plaintiffs' Motion for Class Certification will be on September 28, 2009, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:** **March 17, 2009**                    **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE