# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>            Defendants. | Case No. 1:08-CV-00759-AWI-DLB<br><br>**ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' stipulation, the Court orders that:

1. The Briefing and Hearing Dates established for the Motion for Class Certification shall be extended by sixty (60) days;

2. Plaintiffs shall file and serve their Motion for Class Certification on or before August 17, 2009;

3. Defendants shall file their Opposition to Plaintiffs' Motion for Class Certification on or before September 28, 2009;

4. Plaintiffs shall file and serve their Reply in Support of Motion for Class Certification on or before October 28, 2009;

///

The Hearing on Plaintiffs' Motion for Class Certification will be on November 16, 2009 at 1:30 p.m.

IT IS SO ORDERED.

Dated: __June 4, 2009__                              __/s/ Anthony W. Ishii__
                                                          CHIEF UNITED STATES DISTRICT JUDGE