1

2

3

4

5

6

7    **UNITED STATES DISTRICT COURT FOR THE**

8    **EASTERN DISTRICT OF CALIFORNIA**

9

10   EFRAIN MUNOZ, LEONA LOVETTE                )    NO. 1: 08-CV-00759-AWI-DLB
     and STEPHANIE MELANI, individually         )
11   and on behalf of all others similarly      )    ORDER EXTENDING BRIEFING
     situated,                                   )    AND HEARING SCHEDULE ON
12                                               )    MOTION FOR CLASS
                       Plaintiffs,               )    CERTIFICATION
13                                               )
             v.                                  )
14                                               )
     PHH CORP., PHH MORTGAGE CORP.,             )
15   PHH HOME LOANS, LLC, and ATRIUM            )
     INSURANCE CORP.,                           )
16                                               )
                       Defendants                )
17   _____)

18

19          Pursuant to the parties' stipulation, the Court orders that:

20          1.      The Briefing and Hearing Dates established for the Motion for Class Certification

21   shall be extended by sixty (60) days;

22          2.      Plaintiffs shall file and serve their Motion for Class Certification on or before

23   October 16, 2009;

24          3.      Defendants shall file their Opposition to Plaintiffs' Motion for Class Certification

25   on or before November 20, 2009;

26          4.      Plaintiffs shall file and serve their Reply in Support of Motion for Class

27   Certification on or before December 21, 2009;

28          5.      The Hearing on Plaintiffs' Motion for Class Certification will be on February 1,

1   2010 at 1:30 p.m.

2

3   IT IS SO ORDERED.

4   **Dated:    August 3, 2009**                    **/s/ Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                   2