Joseph S. Genshlea, State Bar No. 36369
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Mitchel H. Kider, State Bar No. 116479
David M. Souders (admitted *pro hac vice*)
Vanessa T. Lam, State Bar No. 223254
WEINER BRODSKY SIDMAN KIDER PC
1300 Nineteenth Street, NW, 5th Floor
Washington, DC  20036
(202) 628-2000 – Main
(202) 628-2011 – Facsimile

Attorneys for Defendants
PHH Corporation, PHH Mortgage
Corporation, PHH Home Loans, LLC,
and Atrium Insurance Corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EFRAIN MUNOZ, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PHH CORPORATION, *et al.*,<br><br>    Defendants. | Case No.:  1:08-cv-759 AWI-DLB<br><br>**ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' stipulation, the Court orders that:

1.  The Briefing and Hearing Dates established for the Motion for Class Certification shall be extended by sixty (60) days;

2. Plaintiffs shall file and serve their Motion for Class Certification on or before December 9, 2009;

3. Defendants shall file their Opposition to Plaintiffs' Motion for Class Certification on or before January 11, 2010;

4. Plaintiffs shall file and serve their Reply in Support of Motion for Class Certification on or before February 12, 2010;

5. The Hearing on Plaintiffs' Motion for Class Certification will be on March 8, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   September 4, 2009                     /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE