**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>Defendants | NO. 1: 08-CV-00759-AWI-DLB<br><br>ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON MOTION FOR CLASS CERTIFICATION |

Pursuant to the parties' stipulation, the Court orders that:

1.  The Briefing and Hearing Dates established for the Motion for Class Certification shall be extended by forty-five (45) days;

2.  Plaintiffs shall file and serve their Motion for Class Certification on or before February 1, 2010;

3.  Defendants shall file their Opposition to Plaintiffs' Motion for Class Certification on or before March 2, 2010;

4.  Plaintiffs shall file and serve their Reply in Support of Motion for Class Certification on or before March 31, 2010;

5. The Hearing on Plaintiffs' Motion for Class Certification will be on May 10, 2010 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   November 20, 2009**                    /s/ Anthony W. Ishii
                                                                        CHIEF UNITED STATES DISTRICT JUDGE

2