# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>    Defendants. | Case No. 1:08-CV-00759-AWI-DLB<br><br>**ORDER EXTENDING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' stipulation, the Court orders that:

    1.    The briefing dates previously established for Defendants' Opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' Reply in Support of Motion for Class Certification shall be extended as follows:

        a.    Defendants shall file their Opposition to Plaintiffs' Motion for Class Certification on or before March 19, 2010;

        b.    Plaintiffs shall file and serve their Reply in Support of Motion for Class Certification on or before April 19, 2010;

2.      The hearing date previously established for Plaintiffs' Motion for Class Certification shall remain on May 10, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated:    February 19, 2010              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE