IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>    Defendants. | Case No. 1:08-CV-00759-AWI-DLB<br><br>**ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' stipulation, the Court orders that:

1.    The Briefing and Hearing Dates established for the Motion for Class Certification shall be extended as follows:

    a.    Defendants shall file their Opposition to Plaintiffs' Motion for Class Certification on or before April 19, 2010;

    b.    Plaintiffs shall file their Reply in Support of Motion for Class Certification on or before May 26, 2010;

2. The Hearing on Plaintiffs' Motion for Class Certification will be on June 21, 2010 at 1:30 p.m.

**ORDER**

IT IS SO ORDERED.

**Dated:   March 12, 2010**              /s/ **Anthony W. Ishii**
                                                                      CHIEF UNITED STATES DISTRICT JUDGE