FILED
APR 0 8 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

PHH CORPORATION, et al.,

    Defendants.

Case No.: 1:08-cv-759 AWI-DLB

**ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**

On this 8th day of April, 2010, upon consideration of the parties' Joint Administrative Motion for Leave to File Under Seal (1) Defendants' Opposition to Plaintiffs' Motion for Class Certification; (2) Declarations in Support of the Opposition; and (3) the Confidential Exhibits (collectively, the "Motion"), the Court hereby GRANTS the Motion and thereby GRANTS the parties leave to file under seal the Opposition, Declarations in Support of the Opposition, and the Confidential Exhibits annexed to the Declarations and identified in the Motion.

**IT IS SO ORDERED.**

Dated: 4-8-10

_____
CHIEF UNITED STATES DISTRICT JUDGE