# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>　　　　　　　　Defendants. | Case No. 1:08-CV-00759-AWI-DLB<br><br>**ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' stipulation, the Court orders that:

　　The briefing and hearing dates previously established for Plaintiffs' Reply in Support of Motion for Class Certification shall be extended as follows:

　　1.　　Plaintiffs shall file and serve their Reply in Support of Motion for Class Certification on or before July 26, 2010; and

　　2.　　The Hearing on Plaintiffs' Motion for Class Certification will be held on September 13, 2010 at 1:30 p.m.

IT IS SO ORDERED.


**Dated:   May 14, 2010**　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE