1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated, | Case No. 1:08-CV-00759-AWI-DLB |
| Plaintiffs, | |
| v. | **ORDER ESTABLISHING BRIEFING AND HEARING SCHEDULES ON MOTION FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT** |
| PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP., | |
| Defendants. | |

Pursuant to the parties' stipulation, the Court orders that:

The briefing and hearing dates for Plaintiffs' Motion for Class Certification and Defendants' Motion for Summary Judgment shall be as follows:

1.    Plaintiffs shall file their First Amended Complaint on or before December 10, 2010;

2.    Defendants shall file their Answer or otherwise respond to Plaintiffs' First Amended Complaint on or before December 24, 2010;

3.    Plaintiffs shall file their Motion for Class Certification on or before February 11, 2011;

4.    Defendants shall file their Motion for Summary Judgment on or before February 11, 2011;

5.    Defendants shall file their Opposition to Plaintiffs' Motion for Class Certification on or before March 17, 2011;

1        6.     Plaintiffs shall file their Opposition to Defendants' Motion for Summary

2  Judgment on or before March 17, 2011;

3        7.     Plaintiffs shall file their Reply in Support of their Motion for Class

4  Certification on or before April 21, 2011;

5        8.     Defendants shall file their Reply in Support of their Motion for Summary

6  Judgment on or before April 21, 2011; and

7        9.     The Hearing on Plaintiffs Motion for Class Certification and Defendants'

8  Motion for Summary Judgment will be on May 16, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  December 2, 2010                                   

CHIEF UNITED STATES DISTRICT JUDGE