UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EFRAIN MUNOZ, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORPORATION, *et al.*,<br><br>Defendants. | Case No.:  1:08-cv-759 AWI-DLB<br><br>**ORDER GRANTING<br>JOINT ADMINISTRATIVE MOTION<br>FOR LEAVE TO FILE UNDER SEAL** |

Upon consideration of the parties' Joint Administrative Motion for Leave to File Under Seal (1) Defendants' Motion for Summary Judgment; (2) Declarations in Support of Defendants' Motion for Summary Judgment; and (3) the Confidential Exhibits annexed to the Declarations, the Court hereby GRANTS the Motion and thereby GRANTS Defendants leave to file under seal the Motion for Summary Judgment, Declarations in Support of the Motion for Summary Judgment, and the Confidential Exhibits annexed to the Declarations.

IT IS SO ORDERED.

Dated:  February 7, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

weintraub genshlea chediak
LAW CORPORATION