UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>PHH CORPORATION, et al,<br><br>        Defendants. | CIV-F-08-0759 AWI DLB<br><br>ORDER VACATING HEARING DATE OF MARCH 7, 2011 AND TAKING MATTERS UNDER SUBMISSION |

    Plaintiffs have made a motion to strike certain of Defendants' affirmative defenses. Defendants have filed an opposition and Plaintiffs have filed a reply. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 7, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    March 3, 2011

CHIEF UNITED STATES DISTRICT JUDGE

1