UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

PHH CORPORATION, et al.,

    Defendants.

Case No.: 1:08-cv-759 AWI-DLB

**ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**

Upon consideration of the parties' Joint Administrative Motion for Leave to File Under Seal (1) Defendants' Opposition to Plaintiffs' Motion for Class Certification; (2) Declarations in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification; and (3) the Confidential Exhibits annexed to the Declarations, the Court hereby GRANTS the Motion and thereby GRANTS Defendants leave to file under seal the Opposition to Plaintiffs' Motion for Class Certification, Declarations in Support of the Opposition to Plaintiffs' Motion for Class Certification, and the Confidential Exhibits annexed to the Declarations.

IT IS SO ORDERED.

Dated: **March 14, 2011**

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE