**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>Defendants. | Case No. 1:08-CV-00759-AWI-DLB<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' stipulation, the Court orders that:

Plaintiffs' Reply in Support of their Motion for Class Certification will be extended six days and is now due on April 29, 2011.

IT IS SO ORDERED.

Dated: **April 19, 2011**             /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE