# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>　　　　　　Defendants. | Case No. 1:08-CV-00759-AWI-DLB<br><br>**ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

　　On this 3 day of May, 2011, upon consideration of the parties' Joint Administrative motion for Leave to File Under Seal (1) Plaintiffs' Reply Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification Pursuant to Fed. R. Civ. P. 23 ("Memorandum"); (2) Declaration of Edward Ciolko ("Ciolko Decl."); and (3) Confidential and Highly Confidential Exhibits (collectively, the "Motion"), the Court hereby **GRANTS** the Motion and thereby **GRANTS** the Plaintiffs leave to file under seal the Memorandum, Ciolko Decl., and the confidential and highly confidential exhibits annexed to the Ciolko Decl. as identified in the Motion. This Order is nunc pro tunc to April 25, 2011.

IT IS SO ORDERED.

Dated:   **May 3, 2011**　　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE