**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>              Defendants. | Case No. 1:08-CV-00759-AWI-DLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

AND NOW, this 10th day of May, 2011, upon consideration of the parties' Stipulation to Continue the Hearing Date on Plaintiffs' Motion for Class Certification, the Court hereby determines that the Stipulation is **GRANTED**. It is hereby **ORDERED** that the hearing date on Plaintiffs' Motion for Class Certification is continued from May 13, 2011 to July 8, 2011 at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.

IT IS SO ORDERED.

Dated: May 10, 2011                    /s/ Dennis L. Beck
                                                                The Honorable Dennis L. Beck
                                                                United States Magistrate Judge