# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE and STEPHANIE MELANI, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP., <br><br> Defendants. | Case No. 1:08-CV-00759-AWI-DLB <br><br> **ORDER GRANTING STIPULATION TO CONTINUE THE HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

AND NOW, this <u>1st</u> day of July, 2011, upon consideration of the parties' Stipulation to Continue the Hearing Date on Plaintiffs' Motion for Class Certification, the Court hereby determines that the Stipulation is **GRANTED**. It is hereby **ORDERED** that the hearing date on Plaintiffs' Motion for Class Certification is continued from July 8, 2011 to August 26, 2011 at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.

IT IS SO ORDERED.

Dated: **July 1, 2011**                              /s/ Dennis L. Beck
                                                                UNITED STATES MAGISTRATE JUDGE