IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, LEONA LOVETTE   )<br>and STEPHANIE MELANI, individually )<br>and on behalf of all others similarly ,   )<br>                                                              )<br>                         Plaintiffs,            )<br>     v.                                                  )<br>                                                              )<br>PHH CORP., PHH MORTGAGE         )<br>CORP., PHH HOME LOANS, LLC,    )<br>and ATRIUM INSURANCE CORP.,   )<br>                                                              )<br>                         Defendants.         )<br>_____) | 1:08-CV-0759 AWI DLB<br><br>ORDER REGARDING<br>PENDING MOTIONS<br><br>(Documents #98, #107, & #114) |

        On January 18, 2011, Plaintiffs' filed a motion to strike affirmative defenses.   On February 11, 2011, Defendants filed a motion for summary judgment. On February 11, 2011, Plaintiffs filed a motion for class certification.   On September 9, 2011, Magistrate Judge Dennis L. Beck stayed this action.

        An administrative review of the docket in this action reveals that the motion to strike, motion for summary judgment, and motion for class certification have been administratively termed as outstanding motions.   Pursuant to the Civil Justice Reform Act, this court is not to delay ruling on a pending motion for more than six months.   Because this action has been stayed, the court finds that in the interests of efficient case management the pending motions must be denied without prejudice.

Accordingly, the court ORDERS that the motion to strike, motion for summary judgment, and motion for class certification are DENIED without prejudice.

IT IS SO ORDERED.

Dated:     September 9, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2