1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

8

EFRAIN MUNOZ, et. al., individually and on
behalf of all others similarly situated,

**CASE NO.:  1:08-CV-00759 AWI-BAM**

9

Plaintiffs,

**ORDER**

10

v.

11

PHH CORP., PHH MORTGAGE CORP., PHH
HOME LOANS, LLC, ATRIUM INSURANCE
CORP.

12
13

Defendants.

14
15

**ORDER**

16      Pursuant to the United States Supreme Court's dismissal of the writ of *certiorari* in *First*

17  *American Financial Corporation, Successor in Interest to The First American Corporation v.*

18  *Denise P. Edwards*, No. 10-708 (2012), IT IS HEREBY ORDERED:

19      1.    That the stay imposed on September 9, 2011 (Doc. 166) is lifted; and

20      2.    The status conference currently scheduled for September 17, 2012 (Doc. 169) is

21  rescheduled for August 21, 2012, at 9:00 a.m., in Courtroom 8 before the Honorable Barbara A.

22  McAuliffe.

23
24  IT IS SO ORDERED.

25      Dated:  __July 13, 2012__                    ___/s/ Barbara A. McAuliffe__

26                                                   UNITED STATES MAGISTRATE JUDGE

27
28