UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EFRAIN MUNOZ, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PHH CORPORATION, *et al.*,<br><br>    Defendants. | Case No.: 1:08-cv-759 AWI-BAM<br><br>**ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

## ORDER

On September 18, 2012, the parties filed a joint administrative request to seal documents pursuant to Eastern District Local Rule 141 and Federal Rule of Civil Procedure 26. (Doc. 179). Upon consideration of the parties' Joint Administrative Motion for Leave to File Under Seal, and for good cause being shown, the Court hereby **GRANTS** the Motion and thereby **GRANTS** Defendants leave to file under seal un-redacted versions of: (1) Defendants' Supplemental Opposition to Plaintiffs' Motion for Class Certification; (2) the Declaration of Michael Bogansky in Support of Defendants' Supplemental Opposition to Plaintiffs' Motion for Class Certification; and (3) the Confidential Exhibits annexed to Mr. Bogansky's Declaration.  Redacted versions of the Defendants' Supplemental Opposition to Plaintiffs' Motion for Class Certification and the

Declaration of Michael Bogansky in support thereof shall be filed concurrently with their sealed versions.

IT IS SO ORDERED.

Dated: **September 19, 2012**        /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE