# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et. al., individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, ATRIUM INSURANCE CORP.<br><br>　　　　　　Defendants. | **CASE NO.:  1:08-CV-00759 AWI-BAM**<br><br>**ORDER** |

Having considered Plaintiff's unopposed Motion to continue briefing and hearing dates on Plaintiff's Motions for Class Certification and to Strike Affirmative Defenses, and for good cause shown, the Court GRANTS Plaintiff's Motion.

The briefing and hearing dates for Plaintiffs' Motions for Class Certification and to Strike Affirmative Defenses are continued as follows:

1. The deadline for Plaintiffs to file their supplemental submissions are continued from October 23, 2012 to November 13, 2012; and

2. The hearing on the motions currently scheduled for November 2, 2012 is rescheduled for December 14, 2012.

IT IS SO ORDERED.

Dated:  **October 10, 2012**　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Case No. No.: 1:08-CV-00759 AWI-BAM