# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　　v.<br><br>PHH CORP., et al.,<br><br>　　　　　　　　Defendants. | **CASE NO.:  1:08-CV-00759 AWI-BAM**<br><br>**ORDER CONTINUING HEARING AND BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO STRIKE** |

## ORDER

Having considered the Parties' Stipulation to continue briefing and hearing dates on Plaintiffs' Motion for Class Certification and Plaintiffs' Motion to Strike Affirmative Defenses (Doc. 193), the Court ORDERS as follows:

1. The deadline for Plaintiffs to file their supplemental submissions is continued from January 4, 2013 to February 20, 2013; and

2. The hearing on the Motions currently scheduled for January 25, 2013 is continued to March 22, 2013, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

As this is the third continuance on Plaintiffs' Motions. No further continuances will be permitted.

IT IS SO ORDERED.

Dated:   **December 20, 2012**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Case No. No.: 1:08-CV-00759 AWI-BAM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28