IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, *et. al*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>PHH CORP. *et. al*,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-0759-AWI-BAM<br><br>**ORDER GRANTING JOINT REQUEST ALLOWING PLAINTIFFS TO FILE UNDER SEAL THEIR BRIEFING AND SUPPORTING DOCUMENTATION IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

　　Plaintiffs Efrain Munoz, *et. al*, individually and on behalf of others similarly situated and Defendants PHH Home Loans, LLC and Atrium Insurance Corporation, have filed a Joint Request for Administrative Leave to File Under Seal: (1) Plaintiffs' Supplemental Memorandum Points and Authorities in support of Plaintiffs' Motion for Class Certification, (2) the Declaration of Edward Ciolko in Support of Plaintiffs Motion for Class Certification, and (3) Exhibits designated "Confidential" and or "Highly Confidential" attached to the Ciolko Declaration. (Doc. 201).

　　This Court, having determined that there is a good cause to protect the confidentiality of the information contained in the Supplemental briefing and the supporting documentation, hereby GRANTS the parties' Joint Request and directs the Clerk of the Court to file under seal the complete, unredacted

1  versions of the aforementioned materials.

2  Within two court (2) days of service of this Order, the filing party shall file a redacted copy of
3  the Plaintiffs' Supplemental Memorandum Points and Authorities in support of Plaintiffs' Motion for
4  Class Certification. The redactions shall be narrowly tailored.

5  For good cause shown, IT IS SO ORDERED.

6  IT IS SO ORDERED.

7  Dated:   **February 20, 2013**              **/s/ Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE