Joseph S. Genshlea
Joe Genshlea Law and Mediation
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
(916) 525-8444
(916) 525-8446 (facsimile)
joe@genshlealaw.com

Mitchel H. Kider, State Bar No. 116479
David M. Souders (admitted *pro hac vice*)
Vanessa L. Tran, State Bar No. 223254
WEINER BRODSKY SIDMAN KIDER PC
1300 Nineteenth Street, NW, 5th Floor
Washington, DC  20036
(202) 628-2000 – Main
(202) 628-2011 – Facsimile

Attorneys for Defendants
PHH Corporation, PHH Mortgage
Corporation, PHH Home Loans, LLC,
and Atrium Insurance Corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EFRAIN MUNOZ, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PHH CORPORATION, *et al.*,<br><br>    Defendants. | Case No.:  1:08-cv-759 AWI-DLB<br><br>**NOTICE OF FIRM CHANGE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE  TAKE  NOTICE  that  effective  January  1,  2013,  the  attorney  of  record  for

defendants,  PHH  Corporation,  PHH  Mortgage  Corporation,  PHH  Home  Loans,  LLC,  and

Atrium  Insurance  Corporation,  Joseph  S.  Genshlea,  has  changed  law  firms.   Please  update

1    your service lists to reflect Mr. Genshlea's new firm name and address.

2

3    Former Law Firm:          Weintraub Tobin Chediak Coleman Grodin
                               Law Corporation
4                              400 Capitol Mall, Suite 1100
                               Sacramento, CA 95814
5                              Telephone:  (916) 558-6000
                               Facsimile:  (916) 446-1611
6

7    New Law Firm:             Joe Genshlea
                               Law and Mediation
8                              400 Capitol Mall, Suite 1750
                               Sacramento, CA  95814
9                              Telephone:  (916) 525-8444
                               Facsimile:  (916) 525-8446
10

11                             **Email:  joe@genshlealaw.com**

12

13

14                                         s/ Joseph S. Genshlea

15   Dated:  April 29, 2013     _____
                                Joseph S. Genshlea, SBN 36369
16                              Attorney for Defendants
                                PHH Corporation, PHH Mortgage
17                              Corporation, PHH Home Loans, LLC,
                                and Atrium Insurance Corporation
18

19

20

21

22

23

24

25

26

27

28