UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>PHH CORP., et al.,<br><br>　　　　　　　Defendants. | CASE NO.:  1:08-CV-00759 AWI-BAM<br><br>ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL (1) THE PARTIES' SUPPLEMENTAL CLASS CERTIFICATION BRIEFS PURSUANT TO THE COURT'S JULY 29, 2013 AND AUGUST 15, 2013 ORDERS; (2) DECLARATIONS IN SUPPORT THEREOF; AND (3) CONFIDENTIAL EXHIBITS |

　　　Having considered the parties' Joint Administrative Motion For Leave To File Under Seal (Doc. 248), and having determined that there is good cause to protect the confidentiality of the information contained in:  (i) Plaintiffs' and Defendants' respective supplemental class certification briefs pursuant to FED. R. CIV. P. 23 and the Court's July 29, 2013 and August 15, 2013 Orders; (ii) the supporting declarations; and (iii) exhibits designated as "Confidential" that will be attached to the supporting declarations, the Court hereby determines that the Motion is **GRANTED**.

　　　The Court directs the Clerk of the Court to file under seal the complete, unredacted versions of the aforementioned materials.  Plaintiffs and Defendants are directed to file a redacted

copy of each of the aforementioned materials within three (3) business days of their respective due dates.  The redactions shall be narrowly tailored.

IT IS SO ORDERED.

Dated:   **November 14, 2013**             /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE

2

Case No. No.: 1:08-CV-00759 AWI-BAM