UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al,<br><br>         Plaintiffs,<br><br>    v.<br><br>PHH CORP., et al,<br><br>         Defendants. | CASE NO. 1:08-CV-0759<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 3, 2014 |

Defendants have made a motion for judgment on the pleadings as to the claims of Plaintiff-Intervenor Marcella Villalon. Doc. 256. Plaintiffs oppose the motion. Doc. 259. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 3, 2014, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 31, 2014                                    _____

                                                                              SENIOR DISTRICT JUDGE