UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PHH CORP., et al.,<br><br>Defendants. | CASE NO.:  1:08-CV-00759 AWI-BAM<br><br>ORDER |

### ORDER

AND NOW, upon consideration of Plaintiffs' Unopposed Motion to: (i) Continue the Deadline for Plaintiffs to Amend the Equitable Tolling and Equitable Estoppel Allegations of the FAC Pursuant to the Court's August 11, 2014 Order; and (ii) Set a Briefing Schedule, the Motion is hereby GRANTED as follows:

   a. The deadlines for Plaintiffs to file the SAC, amending only the FAC's equitable tolling and equitable estoppel allegations shall be continued from **September 2, 2014** to **October 7, 2014**.

   b. The deadline for any Defendants to file a motion pursuant to Fed. R. Civ. P. 12 or to otherwise respond to the SAC shall be **November 21, 2014**.

   c. The deadline for Plaintiffs to respond to any motion filed by Defendants pursuant to Fed. R. Civ. P. 12 shall be **December 12, 2014**.

Case No. No.: 1:08-cv-00759 AWI-BAM

      d.  Any reply brief from Defendants shall be filed on or before **January 9, 2015**.

IT IS SO ORDERED.

Dated:  August 18, 2014

_____
SENIOR DISTRICT JUDGE