# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>PHH CORP., et al.,<br><br>            Defendants. | CASE NO.:  1:08-CV-00759 AWI-BAM<br><br>ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT AND THE EXHIBITS ATTACHED THERETO |

Upon consideration of the parties' Joint Administrative Motion For Leave To File Under Seal Plaintiffs' Second Amended Class Action Complaint ("SAC") and Exhibits Thereto ("Motion"), and having determined that there is good cause to protect the confidentiality of the information contained in Plaintiffs' SAC and the exhibits attached thereto, the Court hereby determines that the Motion is **GRANTED**.

The Court directs the Clerk of the Court to file under seal the complete, unredacted versions of the aforementioned materials.  Plaintiffs are directed to file a redacted copy of each of the aforementioned materials on or before October 14, 2014.  The redactions shall be narrowly tailored.

IT IS SO ORDERED.

Dated:  **October 6, 2014**        /s/ Barbara A. McAuliffe
                                                                                           UNITED STATES MAGISTRATE JUDGE