UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORP., PHH MORTGAGE CORP., PHH HOME LOANS, LLC, and ATRIUM INSURANCE CORP.,<br><br>Defendants. | Case No.  1:08-cv-00759-DAD-BAM<br><br><br>ORDER ON STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STRIKE<br><br>(Doc. No. 344) |

Upon consideration of the Joint Stipulation to Extend Schedule for Briefing on Defendants' Motion to Strike Plaintiffs' Experts (Doc. 344) (the "Stipulation"), it is hereby ORDERED that the Stipulation is GRANTED.

1. Plaintiffs' Opposition to Defendants' Motion to Strike Plaintiffs' Experts (Doc. 336) shall be filed by October 25, 2016.

2. Defendants' reply brief shall be filed by November 8, 2016.

3. The hearing date for the Motion to Strike Plaintiffs' Experts shall be continued to November 15, 2016, at 9:30 am.

IT IS SO ORDERED.

Dated:   **September 17, 2016**                          *Dale A. Drozd*
                                                                        UNITED STATES DISTRICT JUDGE

1