UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORP., et. al.,<br><br>Defendants. | No. 1:08-cv-00759-DAD-BAM<br><br>ORDER APPROVING THE FILING OF REDACTED BRIEFS AND PLACE HOLDER EXHIBITS<br><br>(Doc. No. 349) |

Upon consideration of plaintiffs' unopposed administrative motion for leave to temporarily file under seal confidential exhibits in support of plaintiffs' (1) opposition to defendants' motion for summary judgment; (2) opposition to defendants' motion to decertify class; and (3) motion to exclude defendants' expert, and given the current filing deadlines which preclude full resolution of third-party confidentiality issues prior to filing, and for good cause shown, the court hereby orders:

1) The parties shall file all briefs and supporting statements of fact due to be filed October 4, 2016 on the docket redacting all references to information that a third–party provided pursuant to one or more of the confidentiality agreements and orders in this case and related actions, for which such third-party may have potential confidentiality issues.

/////

1

2) With regard to exhibits that contain information that may be considered confidential by a third–party that provided the information pursuant to one or more of the confidentiality agreements and orders in this case and related actions, the parties shall file placeholders in lieu of the documents.

3) The parties shall serve full and unredacted copies of all briefs and exhibits upon each other when the above filings are made.

4) Within seven (7) days of the date of this order, the parties shall file:

   a. unredacted and complete copies of all briefs and exhibits for which all confidentiality concerns have been resolved; and

   b. to the extent that any confidentiality concerns remain, the parties shall file a renewed motion to seal stating with particularity the basis for any request that the record be sealed with regard to such information.

IT IS SO ORDERED.

Dated:   **October 4, 2016**                          _Dale A. Drozd_
                                                     UNITED STATES DISTRICT JUDGE