UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORP., et. al.,<br><br>Defendants. | No. 1:08-cv-00759-DAD-BAM<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME *NUNC PRO TUNC*<br><br>(Doc. No. 357) |

On October 5, 2016, plaintiffs filed a motion seeking leave to file out of time *nunc pro tunc*. (Doc. No. 357.) Specifically, plaintiffs timely filed their opposition to defendants' motion for decertification (Doc. No. 353) and opposition to defendants' motion for summary judgment (Doc. No. 354) on October 4, 2016. However, plaintiffs filed the exhibits and supporting statements of fact (Doc. No. 355) in connection with that opposition on October 5, 2016, several hours after the filing deadline. It appears clear that plaintiff's late filing was related to the court's very recent order (Doc. No. 356) approving the filing of redacted briefs and place holder exhibits that had been discussed with the court the evening before. (*See* Doc. No. 357 at 2.) Plaintiffs represent to the court that defendants have no objection to the relief requested in their motion. (*Id*. at 3.)

/////

1

1   Accordingly, upon consideration of plaintiffs' unopposed administrative motion for leave
2 to file out of time *nunc pro tunc*, the court hereby grants the motion (Doc. No. 357) and orders
3 that Doc. No. 355 be deemed filed timely on October 4, 2016.
4 IT IS SO ORDERED.
5 Dated:   **October 6, 2016**           /s/ Dale A. Drozd
6                                         UNITED STATES DISTRICT JUDGE