UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORP., et. al.,<br><br>Defendants. | No. 1:08-cv-00759-DAD-BAM<br><br>ORDER GRANTING PARTIES' JOINT STIPULATION CONTINUING BRIEFING SCHEDULE AND HEARING DATE FOR PENDING MOTIONS<br><br>(Doc. No. 359) |

On October 11, 2016, the parties filed a joint stipulation seeking to amend the briefing schedule and continue the hearing date for pending motions in this matter. (Doc. No. 359.) On October 11, 2016, the United States Court of Appeals for the District of Columbia Circuit released a 110-page opinion in *PHH Corporation v. Consumer Financial Protection Bureau*, No. 15-117, ECF No. 1640101. (*Id*. at 2.) The parties seek additional time in which to review the D.C. Circuit's opinion and its potential implications for the arguments set forth in support of the parties' respective positions in connection with the pending motions. (*Id*.) The court will amend the briefing schedule and continue the hearing date pursuant to the parties' stipulation.[1]

---

[1] However, in accordance with the court's standard procedures, civil law and motion is heard on the first and third Tuesdays of the month. Accordingly, the hearing on the pending motions will be continued to December 20, 2016, at 9:30 a.m., instead of the requested December 13, 2016.

1

1) The hearing on the pending motions for summary judgment, the motions to strike expert witnesses and defendants' motion to decertify the class will now be held on December 20, 2016, at 9:30 a.m.;

2) The oppositions to the pending motions to strike expert witnesses shall be filed on or before November 18, 2016; and

3) The reply briefs with respect to all pending motions shall be filed on or before December 6, 2016.

IT IS SO ORDERED.

Dated: __**October 11, 2016**__         _/s/ Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE