KESSLER TOPAZ
MELTZER & CHECK, LLP
Edward W. Ciolko, Esq.
Terence S. Ziegler, Esq.
Donna Siegel Moffa, Esq.
Amanda R. Trask, Esq.
Natalie Lesser, Esq.
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

Attorneys for Plaintiffs
(Additional counsel on signature page)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN MUNOZ, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH CORPORATION, *et al.*,<br><br>Defendants. | NO. 1:08-cv-00759-DAD-BAM<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE TRIAL SCHEDULE** |

Counsel for plaintiffs Efrain Munoz, Leona Lovette, Stephanie Melani, John Hoffman, and Daniel Maga, II (collectively, "Plaintiffs") and counsel for defendants PHH Corporation, PHH Mortgage Corporation, PHH Home Loans, LLC, and Atrium Insurance Corporation (collectively, "Defendants") (collectively with Plaintiffs, the "Parties"), hereby agree and stipulate as follows:

1. WHEREAS, on October 12, 2016, the Court accepted the parties' agreed to stipulation (ECF No. 359) and amended the briefing schedule and continued the hearing date for several pending motions: Plaintiffs' Motion for Summary Judgment, Defendants' Motion for Summary Judgment, Defendants' Motion for Decertification, Defendants' Motion to Strike Plaintiffs' Experts, and Plaintiffs' Motion to Exclude Defendants' Expert. *See* ECF No. 366.

2. WHEREAS, the hearing on the aforementioned motions is now scheduled for December 20, 2016.

3. WHEREAS, the Scheduling Conference Order (ECF No. 292), as modified by a Minute Order regarding the Order of Reassignment (ECF No. 308), scheduled the Pre-Trial Conference for January 9, 2017 and Trial for March 14, 2017.

4. WHEREAS, the Parties request this continuance of the Pre-trial Conference and Trial date to allow for adequate time following the dispositive motion hearing date to prepare for the Pre-trial Conference and other pre-trial matters.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Plaintiffs and Defendants, by and through their respective undersigned counsel, and subject to the approval of the Court, as follows:

1. The Pre-trial Conference shall be continued to April 5, 2017.

2. The Trial shall be continued to May 31, 2017.

WHEREFORE, the Parties respectfully request that the Court entered the Proposed Order submitted herewith.

Dated: October 31, 2016                     Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By:   /s/ Edward W. Ciolko
      Edward W. Ciolko, Esq.
      Terence S. Ziegler, Esq.
      Donna Siegel Moffa, Esq.
      Amanda R. Trask, Esq.
      Natalie Lesser, Esq.
      280 King of Prussia Road
      Radnor, PA  19087
      (610) 667-7706 - Main
      (610) 667-7056 - Facsimile

**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Alan R. Plutzik, Esq.
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
(925) 945-0770 – Main

**BERKE, BERKE & BERKE**
Ronald J. Berke, Esq.
420 Frazier Avenue
Chattanooga, TN 37402
Telephone: (423) 266-5171

**TRAVIS AND CALHOUN, P.C.**
Eric G Calhoun, Esq.
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100

*Counsel for Plaintiffs*

**WEINER BRODSKY KIDER PC**

By:   /s/ David M. Souders
      Mitchel H. Kider, State Bar No. 116479
      David M. Souders (admitted pro hac vice)
      Sandra B. Vipond (admitted pro hac vice)
      Michael S. Trabon (admitted pro hac vice)
      1300 Nineteenth Street, NW, 5th Floor
      Washington, DC 20036
      (202) 628-2000 – Main
      (202) 628-2011 – Facsimile

         -and-

**JOE GENSHLEA LAW AND MEDIATION**
Joseph S. Genshlea, State Bar No. 36369
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 525-8444 – Main
(916) 525-8446 – Facsimile

*Counsel for Defendants*

# ORDER

Upon consideration of the Parties' Joint Stipulation continuing the Trial Schedule, it is hereby ORDERED that:

1. The Pre-trial Conference shall be continued to April 3, 2017, at 2:30pm.
2. The Trial shall be continued to May 31, 2017, at 8:30am.

IT IS SO ORDERED.

Dated:   **November 1, 2016**                    *Dale A. Drozd*
                                                 UNITED STATES DISTRICT JUDGE