# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH Corporation, et al.,<br><br>Defendants. | No. 1:08-cv-759-DAD-BAM<br><br>ORDER GRANTING JOINT MOTION TO STAY CASE<br><br>(Doc. No. 388.) |

On December 6, 2017, counsel for defendants PHH Corporation, PHH Mortgage Corporation, PHH Home Loans, LLC, and Atrium Insurance Corporation (collectively, "defendants") and counsel for plaintiffs Efrain Munoz, Leona Lovette, Stephanie Trudnowski, John Hoffman, and Daniel Maga (collectively, "plaintiffs") filed a joint motion to stay all proceedings in this case, including rulings by the court on all pending motions, until March 1, 2018, to facilitate settlement negotiations among the parties, who have informally agreed to engage in private mediation in connection with renewed efforts to amicably resolve this matter. Finding good cause, the court grants the parties' joint motion. All proceedings in the matter are stayed until March 1, 2018.

IT IS SO ORDERED.

Dated: **December 8, 2017**

UNITED STATES DISTRICT JUDGE

1