UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH Corporation, et al.,<br><br>Defendants. | No. 1:08-cv-759-DAD-BAM<br><br>ORDER GRANTING JOINT MOTION TO EXTEND STAY<br><br>(Doc. No. 392) |

On February 28, 2018, counsel for defendants PHH Corporation, PHH Mortgage Corporation, PHH Home Loans, LLC, and Atrium Insurance Corporation (collectively, "defendants") and counsel for plaintiffs Efrain Munoz, Leona Lovette, Stephanie Trudnowski, John Hoffman, and Daniel Maga (collectively, "plaintiffs") filed a joint motion seeking to extend the stay entered by the court on December 8, 2017 (Doc. No. 389) until April 10, 2018. (Doc. No. 392.)

Since the entry of the stay on December 8, 2017, the parties report that they have engaged the services of a private mediator to facilitate settlement negotiations and met for a formal mediation session on February 21, 2018. (*Id.* at 2.) Further, PHH Corporation announced that it has entered into a definitive agreement for the sale of PHH Corp. to Ocwen Financial Corporation. (*Id.*) Given this announcement, the parties seek an additional period of

1

approximately one month, until April 10, 2018, to further evaluate settlement possibilities. (*Id.*)

The court finds that there is good cause and grants the parties' joint motion. All proceedings in this action are now stayed until April 10, 2018.

IT IS SO ORDERED.

Dated: **March 1, 2018**

UNITED STATES DISTRICT JUDGE