UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MUNOZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH Corporation, et al.,<br><br>Defendants. | No. 1:08-cv-00759-DAD-BAM<br><br>ORDER REQUIRING SUPPLEMENTAL BRIEFING |

In connection with the various motions still under submission for decision before the undersigned and in order to assist the court in issuing its order resolving those motions, the parties are directed to provide supplemental briefing addressing the following questions:

1. Whether either party is relying upon the deposition of Timothy J. Riddiough, dated August 11, 2016 (Doc. No. 350-2 at 64–110), the "Expert Report of Timothy J. Riddiough, Ph.D.," dated June 24, 2016 (*id.* at 112–151), and/or the "Rebuttal Expert Report of Timothy J. Riddiough, Ph.D.," dated July 22, 2016 (*id.* at 153–184) in support of or in opposition to either parties' motion for summary judgment (Doc. Nos. 340, 342) such that the court may properly consider that evidence in resolving the pending cross-motions for summary judgment; and

/////

1

2. Whether, in resolving those same motions, the court should give any weight to the evidence submitted in the form of reports prepared by Milliman, Inc. (Doc. No. 342-4 at 13–123) in light of defendant's stated position that the analysis contained in those reports "is no longer necessary" to resolving the relevant cause of action. (Doc. No. 342-1 at 10.)

Defendant shall file a brief responding to these questions within fourteen days from the date of service of this order, after which plaintiff shall have seven days to file a brief in response. Each parties' supplemental briefing is limited to no more than ten pages in length.

IT IS SO ORDERED.

Dated: **August 29, 2019**

UNITED STATES DISTRICT JUDGE