|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**FOR THE EASTERN DISTRICT OF CALIFORNIA** | |
| EFRAIN MUNOZ, *individually and on behalf of all others similarly situated, et al.*, | No. 1:08-cv-00759-MMB-BAM |
| Plaintiffs, | **FIRST AMENDED**<br>**PRETRIAL ORDER** |
| v. | |
| PHH MORTGAGE CORPORATION, *et al.*, | |
| Defendants. | |

On August 9, 2021, the undersigned was designated to preside over the trial of this case (ECF 457). The court finds it necessary to amend the final pretrial order (ECF 456), which remains in effect except as amended by this order.

## I. Trial date and location

As provided in the Clerk's Notice entered on October 5, 2021 (ECF 459), trial will commence on **Tuesday, February 15, 2022**, at **9:00 a.m.** in Courtroom 10 (13th Floor) of the Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, California.

## II. Status conference

The trial status conference previously scheduled for December 13, 2021, is hereby rescheduled to **Wednesday, January 12, 2022**, at **10:30 a.m.** Pacific Standard Time via a Webex videoconference. No later than **Wednesday,**

**January 5, 2022**, counsel are to contact the undersigned's Case Manager, Casey Anne Cheevers, at casey_cheevers@cit.uscourts.gov regarding technical arrangements for this Webex.

The parties are to submit (via CM/ECF) a list of agenda topics they wish to discuss along with (as appropriate) a proposed action for the court to take as to each topic. Insofar as the parties disagree regarding actions items for the court, the list of agenda topics is to state each party's position and the reason(s) therefor. The parties' proposed agenda is due no later than **Friday, January 7, 2022**.

### III. Motions *in limine*

The schedule for filing and briefing the anticipated motions *in limine* is hereby modified as follows. (1) Any motions *in limine* the parties elect to file are due no later than **Friday, November 19, 2021**. (2) Any responses thereto are due no later than 21 days after a motion is filed. (3) Any replies in support of motions *in limine* are due no later than 11 days after an opposition is filed. (4) The court encourages the parties to file motions *in limine* on a rolling basis rather than waiting until the last possible day. (5) There will be no oral argument on motions *in limine* unless the court orders otherwise.

### IV. Trial briefs

The due dates for trial briefs addressing the points of law identified in Part VIII of the original final pretrial order (ECF 456, at 8–9) are modified as

follows. (1) Trial briefs are due no later than **Tuesday, January 18, 2022**. (2) A party wishing to file a response to a trial brief pursuant to Local Rule 285(b) may do so no later than **Tuesday, February 1, 2022**.

V.    **Submitting jury instructions**

Counsel shall e-mail a copy of all proposed jury instructions and verdicts, whether agreed or disputed, as a Word document to the Case Manager, Ms. Cheevers, at casey_cheevers@cit.uscourts.gov no later than **Tuesday, February 1, 2022**; all blanks in form instructions should be completed and all brackets removed.

VI.    **Document formatting**

1.    All documents created by counsel and filed in this action after the entry of this order shall be set in a 14-point proportionally-spaced serif typeface,[1] except that 13-point type may be used for footnotes. *Cf.* Fed. R. App. P. 32(a)(5)(A). This requirement does not apply to any standard forms, original evidentiary materials, or other material not prepared on counsel's computer.

---

[1] Typefaces such as Arial, Helvetica, or similar are sans-serif typefaces and thus do not comply with this instruction. For an explanation of the distinction between serif and sans serif typefaces (and why the latter are more difficult to read and thus prohibited in the federal courts of appeals), *see* Fed. R. App. P. 32 advisory committee notes for the 1998 amendments to paragraph (a)(5). Similarly, Courier is a monospaced typeface and thus does not comply with this instruction. As suggested by the Seventh Circuit, the court encourages the parties to use either a Century-family typeface or another serif typeface designed for books, rather than Times New Roman: http://www.ca7.uscourts.gov/rules-procedures/Handbook.pdf at 173–77.

2. The page limits previously in effect in this matter under Judge Drozd's civil standing order are replaced with word-count limits. Documents previously subject to a 25-page limit are subject to a 7500-word limit and documents previously subject to a 15-page limit are subject to a 4500-word limit. The foregoing word-count limits are inclusive of footnotes but do not include the case caption, signature block, any tables of contents or authorities, or any certifications of counsel. (To the extent counsel may need to file anything subject to a page limit of other than 15 or 25 pages, counsel may calculate the applicable word-count limit by multiplying the number of allowed pages by 300 words per page.)

3. Documents subject to the foregoing word-count limit shall include a certificate of compliance stating the word count. Counsel may rely upon the word count stated by word processing software as long as the certificate of compliance contains a statement to that effect that refers to the software used (e.g., "This brief contains 4321 words as reported by Microsoft Word").

## VII. Summary of dates

The following table summarizes the dates established above, as well as the dates prescribed in the original final pretrial order that remain unchanged.

| Date | Event |
| --- | --- |
| November 19, 2021 | Last day to file motions *in limine* |
| 21 days after motion is filed | Responses to motions *in limine* due |
| 11 days after response is filed | Replies in support of motions *in limine* due |

| Date | Event |
| --- | --- |
| January 5, 2022 | Counsel to contact Case Manager regarding logistics for trial status conference |
| January 7, 2022 | Counsel to submit proposed agenda topics for trial status conference |
| January 12, 2022 | Trial status conference via Webex videoconference, 10:30 a.m. PST |
| January 18, 2022 | 1. Trial briefs due<br>2. Parties to exchange exhibits |
| February 1, 2022 | 1. Optional responses to trial briefs due<br>2. Objections to exhibits due<br>3. Parties to file "Joint Jury Instructions and verdicts" and any separate proposed instructions on which they cannot agree<br>4. Sealed original copy of any deposition transcript to be used at trial must be lodged with Clerk of Court |
| February 8, 2022 | 1. Any proposed jury voir dire due<br>2. Objections to proposed jury instructions due |
| February 10, 2022 | Final exhibits due |
| February 15, 2022 | Trial begins, 9:00 a.m., Courtroom 10 of the Sacramento federal courthouse |

Dated: October 12, 2021                /s/ *M. Miller Baker*
                                       M. Miller Baker, Judge[2]

---

[2] Judge of the United States Court of International Trade, sitting by designation.