1
2

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

3
4
5
6
7
8
9
10
11
12
13
14

EFRAIN MUNOZ, *individually and on*
*behalf of all others similarly situated,*
*et al.,*

      Plaintiffs,

      v.

PHH MORTGAGE CORPORATION,
*et al.,*

      Defendants.

No. 1:08-cv-00759-MMB-BAM

<u>**ORDER RESPECTING**</u>
<u>**PLAINTIFFS' MOTION**</u>
<u>***IN LIMINE* #6**</u>

15       Plaintiffs' sixth motion *in limine* (ECF 468, at 15–17) requests an order

16 "requiring Defendants to produce witnesses for Plaintiffs' case in chief that

17 they themselves will bring to trial" and argues that "[a]s a matter of fairness,

18 Plaintiffs should have the option to call Defendants' witnesses live *during*

19 *Plaintiffs' case-in-chief* rather than relying on deposition testimony." ECF 468,

20 at 15–16 (emphasis added).

21       Defendants are not required to reach a definite decision, either in ad-

22 vance of trial or even during Plaintiffs' case-in-chief, which witnesses they will

23 call, as that decision is a strategic matter Defendants are entitled to make in

24 response to the evidence Plaintiffs introduce during their case-in-chief. While

25 Plaintiffs are no doubt correct that "[j]uries pay better attention to live wit-

26 nesses and are notoriously bored by spliced video clips," *id.* at 16, the potential

27 for juror boredom is not a sufficient reason to impose a procedural burden on

1   Defendants. Plaintiffs' desired order would also allow for the problematic sce-

2   nario where Defendants *might* want to call a witness, are therefore forced to

3   produce that witness for Plaintiffs to call, yet then determine that they did not

4   need to call that witness after all.

5        Plaintiffs' motion *in limine* #6 is therefore **DENIED**.

6   Dated: January 6, 2022                    /s/ *M. Miller Baker*
7                                             M. Miller Baker, Judge[1]

---

[1] Judge of the United States Court of International Trade, sitting by designation.

2