**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN MUNOZ, *individually and on behalf of all others similarly situated, et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>PHH MORTGAGE CORPORATION, *et al.*,<br><br>　　Defendants. | No. 1:08-cv-00759-MMB-BAM<br><br>**ORDER RESPECTING TRIAL WITNESSES** |

The parties "seek guidance . . . regarding several issues" regarding trial witnesses. ECF 504, at 2.

It is hereby **ORDERED** that by January 14, 2022, the parties are to identify which individuals they plan to bring to the trial to testify live; and it is further **ORDERED** that (1) the parties are to exchange initial deposition designations by no later than 10 days after January 14, 2022; (2) objections and counter-designations are to be exchanged no later than seven days after the initial designations are exchanged; and (3) objections to counter-designations are to be exchanged no later than three days after the counter-designations are exchanged.

Dated: January 7, 2022　　　　　　　　　　/s/ *M. Miller Baker*
　　　　　　　　　　　　　　　　　　　　　M. Miller Baker, Judge[1]

---

[1] Judge of the United States Court of International Trade, sitting by designation.