|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**FOR THE EASTERN DISTRICT OF CALIFORNIA** | |
| EFRAIN MUNOZ, *individually and on behalf of all others similarly situated, et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>PHH MORTGAGE CORPORATION, *et al.*,<br><br>　　Defendants. | No. 1:08-cv-00759-MMB-BAM<br><br>**ORDER RESPECTING OBJECTIONS TO EXPERT WITNESS QUALIFICATIONS** |

The court has issued an order respecting trial witnesses (ECF 506) that, at the parties' request, sets a deadline of January 14, 2022, for the parties to identify which individuals they plan to bring to the trial to testify live and a deadline of January 24, 2022, for them to exchange deposition designations. Neither that order, the final pretrial order (ECF 456), nor the amended pretrial order (ECF 460) provides a deadline for parties to object to whether a proffered witness is qualified as an expert to give opinion testimony under the requirements set forth in Federal Rule of Evidence 702 or for the parties to raise what is commonly referred to as a *Daubert* objection.

It is therefore **ORDERED** as follows:

1. For expert witnesses who will testify in person, a party wishing to object to a proposed expert witness's qualifications to give opinion testimony at trial as an expert witness shall file a statement of the objections and the

reasons therefor no later than January 21, 2022. The party proffering the proposed expert may file a response to the objection(s) no later than January 28, 2022.

2. For expert witnesses whose testimony will be presented via deposition designations, the parties shall notify each other by January 18, 2022, of any such witnesses and which phase(s) of the trial such witnesses shall testify in. A party wishing to object to any such witness's qualifications to give opinion testimony at trial as an expert witness shall file a statement of the objections and the reasons therefor no later than January 25, 2022. The party proffering the proposed expert may file a response to the objection(s) no later than February 1, 2022.

3. The provisions of this order will apply to Plaintiffs' proposed expert witness Robert Hoyt, who is the subject of a pending motion to strike (ECF 475), unless the court grants the motion to strike prior to January 21, 2022.

Dated: January 13, 2022              /s/ *M. Miller Baker*
                                     M. Miller Baker, Judge[1]

---

[1] Judge of the United States Court of International Trade, sitting by designation.