**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN MUNOZ, *individually and on behalf of all others similarly situated, et al.*,<br><br>            Plaintiffs,<br><br>       v.<br><br>PHH MORTGAGE CORPORATION, *et al.*,<br><br>            Defendants. | No. 1:08-cv-00759-MMB-BAM<br><br>**JUDGMENT** |

Upon consideration of the stipulation (ECF 548) of Plaintiffs Efrain Munoz, Leona Lovette, Stephanie Melani, John Hoffman, and Daniel Maga, II, on behalf of the certified class (collectively, "Plaintiffs") and Defendants PHH Corporation, PHH Mortgage Corporation, PHH Home Loans, LLC, and Atrium Insurance Corporation (collectively, "Defendants") dated February 2, 2022, it is hereby **ORDERED** as follows:

1. All claims by Plaintiffs against Defendants in this action are hereby **DISMISSED WITHOUT PREJUDICE** for lack of Article III standing;

2. **JUDGMENT** is hereby **ENTERED** in favor of Defendants and against Plaintiffs based upon Plaintiffs' lack of Article III standing;

3. Plaintiffs' right to appeal this Judgment and challenge the January 31, 2022, order (ECF 538) on appeal is preserved;

4. Defendants' right to oppose any appeal is preserved; and

5. All pending motions or other outstanding requests for relief are **DENIED AS MOOT**.

Dated: February 3, 2022            /s/ *M. Miller Baker*
                                   M. Miller Baker, Judge[1]

---

[1] Judge of the United States Court of International Trade, sitting by designation.