# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

EFRAIN MUNOZ, *individually and on behalf of all others similarly situated, et al.*,

    Plaintiffs,

    v.

PHH MORTGAGE CORPORATION, *et al.*,

    Defendants.

No. 1:08-cv-00759-MMB-BAM

**REMAND SCHEDULING ORDER**

The court has reviewed the parties' proposed scheduling order (ECF 562) and joint discovery plan (ECF 563) and **ORDERS** as follows:

1. The court will not permit "reply expert reports," as addressed in the joint discovery plan, because (1) the original scheduling order (ECF 292) made no provision for such reports and (2) Plaintiffs made no such request in their original proffer of Dr. Hoyt (ECF 467).

2. The court adopts the following dates proposed by the parties:

| *Event* | *Date* |
| --- | --- |
| Mediation period | Through July 31, 2023 |
| Defendants' rebuttal expert report(s) | No later than August 31, 2023 |
| Expert depositions | No later than September 28, 2023 |
| Any motions to exclude | No later than October 20, 2023 |
| Responses to any motions to exclude | No later than November 17, 2023 |

3. The court agrees with Defendants that it is necessary to adopt a "schedule for additional pretrial motion practice and amendments to the final pretrial order." The parties are directed to meet and confer and to report back to the court with an agreed schedule or alternative schedules no later than 15 days after the date of this order.

Dated: May 15, 2023            /s/ *M. Miller Baker*
M. Miller Baker, Judge[1]

---

[1] Judge of the United States Court of International Trade, sitting by designation.