**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN MUNOZ, *individually and on behalf of all others similarly situated, et al.*, | No. 1:08-cv-00759-MMB-BAM |
| Plaintiffs, | **ORDER** |
| v. | |
| PHH MORTGAGE CORPORATION, *et al.*, | |
| Defendants. | |

The court directs the parties to meet and confer and, within 14 days, propose dates for a two-day combined *Daubert* hearing and bench trial on economic harm to occur sometime between February 25 and March 28, 2025, at the federal courthouse in Sacramento.[1] Any proposed alternative dates should begin on a Tuesday or Wednesday.

The court further sets a tentative trial date of April 29, 2025, in the same venue. The latter trial will go forward if the court finds that Plaintiffs have shown by a preponderance of the admissible evidence that they suffered economic harm, assuming the jury finds a RESPA violation. In their report, the

---

[1] At this bench trial, the court will hear the testimony of Robert Hoyt and Kevin Madigan. All exhibits filed in connection with Plaintiffs' motion for summary judgment (ECF 577), Defendants' motion to exclude Hoyt (ECF 571), Plaintiffs' motion to exclude Madigan (ECF 570), and Defendants' Motion *in Limine* No. 7 (ECF 576) are deemed admitted into evidence for purposes of this hearing. No further witness testimony shall be permitted, and no additional exhibits shall be admitted.

1  parties are to offer their views on this tentative trial date and, if necessary,

2  propose alternative date(s) for later in the year beginning on a Tuesday or

3  Wednesday.

4  Dated: January 31, 2025                /s/ *M. Miller Baker*
5                                         M. Miller Baker, Judge[*]

---

[*] Judge of the United States Court of International Trade, sitting by designation.