**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

EFRAIN MUNOZ, *individually and on behalf of all others similarly situated, et al.*,

    Plaintiffs,

v.

PHH MORTGAGE CORPORATION, *et al.*,

    Defendants.

No. 1:08-cv-00759-MMB-BAM

**ORDER**

The court strikes the last sentence in footnote 1 of its order at ECF 598. At the forthcoming *Daubert* hearing/bench trial on economic harm, the parties may also proffer the witnesses and evidence disclosed in their filings at ECF 588 (Defendants) and 589 (Plaintiffs) not identified in footnote 1 of ECF 598.

Dated: February 25, 2025

/s/ *M. Miller Baker*
M. Miller Baker, Judge[*]

---

[*] Judge of the United States Court of International Trade, sitting by designation.