**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN MUNOZ, *individually and on behalf of all others similarly situated, et al.*, | No. 1:08-cv-00759-MMB-BAM |
| Plaintiffs, | **ORDER** |
| v. | |
| PHH MORTGAGE CORPORATION, *et al.*, | |
| Defendants. | |

The court directs the parties to be prepared to discuss the following matters during the fairness and final approval hearing on December 17, 2025:

1. Updated figures on number of claims received, as well as whether there have been any more untimely opt-outs or objections since the filing of Plaintiffs' reply brief (ECF 622).

2. Have any objections been informally received and settled prior to filing of a formal objection?

3. How should untimely opt-outs or objections be handled?

4. Is there any further information on claim notices returned as undeliverable? And are there any ongoing efforts to locate the members for whom notice was undeliverable?

5. Are counsel aware of any class action settlements with higher payouts to individual class members than the $875 per-claim figure here?

6. The reasons for the decrease in the estimated payout from $30,500,000 to $29,454,500.

7. The pace of claim submissions to date and expectations regarding future submissions.

8. When will the claims administrator begin processing claims?

9. Can class members resubmit rejected claims?

Dated: December 8, 2025                    /s/ *M. Miller Baker*
                                           M. Miller Baker, Judge[*]

---

[*] Judge of the United States Court of International Trade, sitting by designation.